IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01162-LTB-MJW

LAURENCE RENE-GOODMAN

        Plaintiff,

v.

SUSAN MEREDITH

        Defendant.

## ORDER TO CURE DEFICIENCY

Babcock, Chief Judge

      Petitioner submitted a Notice of Appeal on September 22, 2005 . The court has determined that the document is deficient as described in this order. Petitioner will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      X    is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      X    is not submitted
      ___  is not on proper form (must use the court's current form)
      ___  is missing original signature by plaintiff/petitioner on motion
      ___  is missing affidavit
      ___  affidavit is incomplete
      ___  is missing original signature by plaintiff/petitioner on affidavit
      ___  affidavit is not notarized or is not properly notarized
      ___  other_____

Accordingly, it is

ORDERED that petitioner cure the deficiencies designated above within thirty (30) days from the date of this order. Any papers that petitioner files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to petitioner, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

FURTHER ORDERED that, if petitioner fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this __26__ day of September, 2005.

BY THE COURT:

s/Lewis T. Babcock

CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO